**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-00962-RM-NYW

BRENT J. MORSE,

      Plaintiff,

v.

BAKKEN OIL, LLC,
CORE CONSULTING, LLC, and
NORTHERN OIL & GAS, INC.,

      Defendants.

---

### MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

      This matter is before the court on the Parties' Joint Motion to Amend Scheduling Order (the "Motion"). [#49, filed December 30, 2015]. For good cause shown,

      IT IS ORDERED:

1. The deadline by which to complete discovery is extended from January 29, 2016 to **March 31, 2016**;

2. The deadline for designation of expert witnesses is extended from February 26, 2016 to **April 29, 2016**;

3. The deadline for designation of rebuttal expert witnesses is extended from March 25, 2016 to **May 31, 2016**;

4. The deadline by which to complete expert discovery is extended from April 29, 2016 to **June 30, 2016**;

5. The deadline by which to file dispositive motions is extended from May 27, 2016 to **July 29, 2016**; and

6. The Final Pretrial Conference set for July 29, 2016 is VACATED and RESET for **September 29, 2016 at 9:30 a.m.** in Courtroom C-204, Second Floor, Byron G.

Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. The proposed Pretrial Order is due seven (7) days prior to the Final Pretrial Conference.


DATED: January 5, 2016